# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TONY JOSEPH TABOR

NO. 2021 KW 1476

**MARCH 14, 2022**

---

In Re:     Tony Joseph Tabor, applying for supervisory writs, 20th
           Judicial District Court, Parish of West Feliciana, No.
           21-WCR-867.

---

**BEFORE:     GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

   **WRIT DENIED.**   The West Feliciana Parish Clerk of Court's
Office has no record of relator filing a "Writ of Habeas Corpus"
on or about August 12, 2021.

**JMG**
**GH**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT